DIVERSITY COMPLAINT PURSUANT TO 28 U.S.C. § 1332

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WASEEM DAKER, #901373
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

1. NATIONAL BROADCASTING CORPORATION/COMPANY ("NBC")
2. ANDREA CANNING
3. ADRIENNE WHEELER
(Enter above the full name of the defendant(s).)
4. JESSE DAVID EVANS

DEC - 4 2014

14 CV 9767

I. **Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) I HAVE FILED OTHER LAWSUITS, BUT I DON'T HAVE ALL THE INFORMATION ON ALL OF THEM. BUT THE INFORMATION ON ALL OF THEM CAN BE FOUND ON PACER. PLEASE SEE PAGE FOR MORE INFORMATION.

1. Parties to this previous lawsuit:

Plaintiff(s): WASEEM DAKER

Defendant(s): NEIL WARREN
COBB COUNTY

2. Court (name the district):
US DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

3. Docket Number: 1:10-CV-2084-AT

Rev. 12/5/07

**I. Previous Lawsuits (Cont'd)**

4. Name of judge to whom case was assigned: AMY TOTENBERG

5. Did the previous case involve the same facts?

Yes ( ) No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): SUMMARY JUDGMENT FOR DEFENDANTS APPEAL PENDING IN APPEALS NOS. 13-14446, 14-10096 COUNSEL APPOINTED ON 9/19/14 AND 9/24/14

7. Approximate date of filing lawsuit: 7/2/2010

8. Approximate date of disposition: 8/23/2013

**II. Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement: GEORGIA STATE PRISON

B. Is there a prisoner grievance procedure in this institution?

Yes (✓) No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( ) No (✓)

D. If your answer is YES:

1. What steps did you take and what were the results?

2. If your answer is NO, explain why not: THE FACTS OF THIS CASE ARE OUTSIDE THE JURISDICTION OF THE GEORGIA DEPARTMENT OF CORRECTIONS GRIEVANCE PROCEDURE AND ARE NON-GRIEVABLE UNDER THAT PROCEDURE.

Rev. 12/5/07

**III. Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: WASEEM DAKER

MAILING Address(es): #901373 G.S.P., 300 1ST AVE S REIDSVILLE GA 30453 IS PLACE OF CONFINEMENT. HOWEVER, I INTEND TO RESIDE IN PALM COAST, ~~FLORIDA~~ FLORIDA UPON MY RELEASE

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): PLEASE SEE ATTACHED SHEETS.

Employed as

at

**IV. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

PLEASE SEE ATTACHED SHEETS.

## IV. Statement of Claim (Cont'd)

## V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

PLEASE SEE ATTACHED SHEETS.

**V. Relief (Cont'd)**

Singed this 24 day of NOVEMBER, 2014.

[signature]
Signature of Plaintiff

**STATE OF** GEORGIA
**COUNTY (CITY) OF** REIDSVILLE TATTNALL COUNTY

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** 11/24/14
(Date)

[signature]
Signature of Plaintiff

Rev. 12/3/07